# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2014

## NO. 03-13-00787-CV

**Andrew Lloyd Kurr, Appellant**

**v.**

**W. Kelly Vandever Trustee, W. Kelly Vandever Revocable Trust, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on November 13, 2013. Having reviewed the record, it appears to the Court that Andrew Lloyd Kurr has not prosecuted his appeal and did not comply with a notice from the clerk of this Court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.